

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

URIEL KRISTIRAN QUINTERO,
Defendant

CASE NO. 12CR1793-WQH

JUDGMENT AND ORDER OF DISMISSAL OF
INFORMATION, EXONERATE BOND AND
RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 5|15|13

_____
HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge